Name  Jonathan Vanzant
Street Address  8244 Wooded Brook Drive
City and County  Elk Grove/Sacramento
State and Zip Code  CA. 95758
Telephone Number  (916) 873-2345

**FILED**

MAR 06 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Jonathan Vanzant
_____
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

  -against-

Arlimon Vanzant II. (?etc...)
_____
_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

2: 26cv 0746 DAD JDP (PS)
Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
              *(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name      Jonathan Vanzant

Street Address      8244 Wooded Brook Drive

City and County      Elk Grove / Sacramento

State and Zip Code      California 95758

Telephone Number      (916) 873-2345

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name      Arlimon Vanzant II

Job or Title (if known)

Street Address

City and County      Shreveport

State and Zip Code      Louisiana

Telephone Number      (318) 286-4740

Defendant No. 2

Name

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number

2

Defendant No. 3

    Name                       _____

    Job or Title

    (if known)                _____

    Street Address        _____

    City and County       _____

    State and Zip Code    _____

    Telephone Number    _____

Defendant No. 4

    Name                       _____

    Job or Title

    (if known)                _____

    Street Address        _____

    City and County       _____

    State and Zip Code    _____

    Telephone Number    _____

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☑ Federal question                   ☑ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties. and/or provisions of the United States Constitution that are at issue in this case.

*I'm the biggest victim of Identity Theft, I got over 50 great stolen patents and I have no privacy whatsoever while living my whole life in my net.*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* **Jonathan Vanzant**, is a citizen of the State of *(name)* **California**.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* **Arlimon Vanzant II** is a citizen of the State of *(name)* **Louisiana**. *Or* is a citizen of *(foreign nation)* **U.K.**

4

b.  If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

*I believe I am the reason there's more colorful
fish in the seas. I've created islands, mountains, hills,
technology, music, motivation and cool sports moves.*

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

*Definitely Arlimon Jr. was stole the computer's design from
me when I was a baby and at our house (1980). But his son played
funny with me (1980), oh Arlimon Jr. too (1980), his wife Cynthia
raped me (1984). This was just after another cousin raped
me. (1984)*

IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I want above average healthcare and even specialized healthcare treatments and inspections for me and my family. Doctors found metal pieces in my Dad's chest when he died and I know there's something odd inside my body at least too. Plus, everytime I buy fast food, the food is messy or often gross.*

V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3- 6 , 2026

Signature of Plaintiff

Printed Name of Plaintiff    Jonathan Vanzant

6

# USA

# Since 1980

1. (1980) February – I, Jonathan Vanzant, invented the 1st **desktop computer**. Plus, the internet, which went worldwide with my desktop, has been broken the record for passing a Zillion dollars and more long ago, which means **I'm supposed to be the richest person ever**, just speaking on what I know. Only I was just 7 months old when I had this idea and never got to tell my own family until 2016/2019. But there were also 2 or 3 uncles at our house and one of them seen me flinch when I imagined making computers as a baby from looking at our tv and typewriter home. Then he looked at the tv and typewriter and flinched too when he looked back at me. So, I just mean mugged him and I was really upset.

2. (1981) December - I also influenced the making of **Siri,** it was the 1st Xmas with pcs out and I'm 2 years old and impressed with how Bill Gates put everything on the internet, and just as I always used to talk my opinions and ideas out loud, one day I simply said to myself, "the only other thing they could do now is put an index of everything in the world on the net too, that could help people with questions anytime on any topic they need help with. Thus, influencing **Google too perhaps**.

3. (1983) May – I partially influenced the making of **cell phones** because this is when my dad asked me "what do you think they should do with satellites" and I told him "They should give us buttons in our hands that we can use to call for help and security." Plus, I influenced making **smartphones too** as I had an idea of pressing buttons again in the Army.

4. (1984) April – I made **Hip Hop** takeover the Rap genre and changed the style of its sound. It was April 09, 1984 when I made a fabulous beat pattern on my xylophone and it sounded perfect, even when I played the same pattern fast, normal and slow. It was just like magic once again, and then 2 days later on April 11, 1984 Hip Hop started playing every day since then.

5. (1984) May – I started doing **1-handed catches** playing football with my brother and two cool cousins. God just started blessing me to be creative in sports for being who I am, because I was just simply lying on my back in my bed tossing a tennis ball to the ceiling and dropping my hand to catch it slowly when it dropped and also from off of walls too. Then that just followed me to the game of football.

6. (1984) I designed **Ironman,** I just had a vision for us to be able to fly in an armored suit and I might've only whispered about this vision once, but it frightens me how the Ironman looks exactly the way I envisioned him, same colors and all.

7. (1984) Not sure when this started or how, maybe I was wondering about butterflies after watching the movie Cocoon or something. But I used to climb our hallway walls doing the **Ninja Warrior Spider Climb**, just to be doing something.

8.      (1985) I found a **pelvic floor exercise** sequence with only 3 essential exercises that does wonders for the pelvic floor and everything else down there. I just did High Steps on a stool followed by Kettlebell Swings and then Ball Tosses straight upwards with a weighted ball. This can also improve posture and can give you stamina and strength when followed with Kegel exercises.

9. (1986) May - I envisioned a job for just moving dirt from mountains to the waters to **make new islands and even new hills or mountains**, and then God has blessed me and my dad to invent tractor wheels aka tracks 2 years later, that play a major role in this hugely overlooked industry that has had some successes with making new islands that I only heard and read a little about before.

10.        (1986) August – Once again and for my 3rd and highest trending creative move in our world of sports. I started the very first, precision spin move in basketball, with my signature 270-degree layup that I designed within the NBA 2-step rule and carrying regulations and it was a move that I designed to go around the defender to score the basket. I mastered this move in my one and only practice and I made 4 of 18 successful baskets with it before I felt completely satisfied with my results and decided to go back inside that night. But then I missed my basket the next day when I went around my brother with my 270 in an average game we usually play with the normal crew. Now and still today, players around the world are doing **360's** and dodging tackles in football still too.

11.     (1986) November – I found a way to **lose weight easily**, and quickly. After seeing Michael Jackson do the moonwalk on TV one day, I just figured it had to be something more behind the dance move. So, I decided to go for a jog and right once I got done jogging, I jumped right into doing sit-ups and I lost 10 lbs. in 2 or 3 days. I just remembered this technique in 2024 and I lost 15 lbs. in 2 days this time. But please see a doctor for suggestions and further advice if you continue doing this, as it may kill nutrients much needed by the body or something like that. IDK yet.

12.     (1987) June – I imagined making a weightlifting machine built like the human upper body, from the waist up including arms. I also remembered this idea again in 1999 while I was in the Army and somewhere along the years, there was a weight machine named **Tonal** invented that costs $3,000.00.

13.     (1988) August – My dad came up with an idea to make **tractor's track wheels**, after seeing me holding 3 AA Duracell batteries with a blue rubber band wrapped around them. But once again another uncle was at our house and with me and my dad, when dad flinched for a moment and had the Track Pads idea.

14.   (1990) – Within just 3 seconds after watching the movie Cadence, I said to myself out of disappointment from the movie "man, they should've been saying something like **Hard Work Work**, __ Hard Work Work, I get up about a quarter to 3, Hard Work Work, go outside knockout pt, Hard Work Work" and then a Drill Sergeant in the Army reminded me that this was my own Cadence during my AIT training in 1998. I never knew him but he was looking at me smiling while we sang the cadence jogging.

15.   (2011) – I was in my bedroom lying down and just started innovating and came up with an idea to have added fun on the beachside or other shorelines. I simply designed the **Blob Launch Balloons** with just my imagination and it operates exactly the way I described it, start to finish. The Blob Launch Balloon is just a large tube-shaped balloon extending from the shoreline into the water with a ladder for someone else to jump and land on the balloon near shoreline, launching the person on the tip end of the balloon high in the air and into the water.

# 80' FOREVER

# Jonathan

# Vanzant's

# Way 2026

Jonathan Vanzant
8244 Wooded Brook Drive
Elk Grove, CA. 95758

Paintiff: Jonathan Vanzant
Defendant: Arlimon Vanzant Jr. etc...

I am 46 years old and I've lived a very disturbed and unhappy life. It all started when I was just 10 months old. Now, I have always been the man and I went on to create new inventions and innovations and business opportunities every year of my younger life in Louisiana. Starting from when I was 7 months old and designed the first desktop computer, which I'm certain uncle Arlimon Vanzant Jr. had stolen the credit for doing, when he actually got the idea from me when I was just 7 months old and at our house and I have proof now and I'm for sure it was him now too, because he was in my face when I had the idea and flinched. Then he saw what I seen and looked back at me and he flinched. All I could do was mean mug him then too. But I've made very major innovations and inventions happen year after year, since 1980. Plus my dad helped with one of the major inventions and we haven't benefitted from any of them. Plus, me and my family have always been spied on and we've had our share of interferences with our lives. So, I'm here basically seeking justice and security for me and my family because I am still receiving death threats today and certainly that's just mainly because our relatives are trying to hold on to all of my major trendsetting inventions and businesses I created. Which is why I'm filing this case in federal court over my major intellectual properties and innovations.

Before I give details on Arlimon Jr., please know that before I invented computers, I already made 2 mistakes as a baby too. Thank you lord and thank you to my parents that I am still alive today, but I called my mom's grandmother ugly just before turning 7 months old I believe, and the next day I gave my mom breast cancer because she was really frowning at me mean right before breastfeeding. I was also 7or 8 months old when I invented computers at home. Now then, when I was just 10 months old, already I had to deal with plotting and scandals planned for me by uncle Arlimon Vanzant Jr., his wife aunt Cynthia and their son Arlimon Vanzant III. These three together teased me, by looking at me laughing after Arlimon Jr. turned their tv to some gay show, and all I did was mean mugged them and he suddenly turned back to normal tv like we were watching at first at their house. Then about a week later or so, Arlimon Vanzant III started acting gay and asked if he could see my penis and touch on it, when I was just 10 months old and without any home training yet. So he got away with touching on my penis for only a few seconds. Guess he wanted me to get on hard actually, but that was impossible. My parents let me fight him over this, but I really wasn't trying to fight when we stood off. Because I

didn't know what they were all about with their nonsense, with their mom, dad and little boy acting funny with me. But I know now, that they were plotting against me every way possible to keep me from remembering I made computers. Then at 5 years old, his mom, aunt Cynthia grabbed me and performed oral on a spinning washing machine (1984). There was just too much going on and no one was helping me resolve any issues I was having. But I always hated Arlimon Vanzant Jr. and his family for what they done. I just hate I never could remember Arlimon Jr.'s face as being the one who was in my face when I had the computer idea. I had to wonder and do all of the thinking on my own and I didn't put enough effort into thinking back then. Plus, I didn't wonder about all of this much because I felt I was being hated on by the entire system back home. Because I was also raped by another cousin of ours when I was five years old and I never knew anything about him, not even where he lived at all. Plus, aunt Cynthia raped me orally shortly after this cousin raped me, which caused me to eventually forget about the unfinished business of my beef with just these two cousins and my uncle. So, I need everything to workout in my favor, because all of my creations are still successful and growing today and for God sake, I pray they're accurate and support justice right now and in the future too.

I am the world's biggest victim of identity theft and it all bothers me every day, non-stop Please read my portfolio, I actually have more than just 14 innovations. But mainly technology devices, every time I see them I get upset and also NBA and NFL players using my spin move and one-hand catches. Then I get upset when I see guys dressed like construction workers or mountain hikers or miners. Plus, there are other fashionable lifestyles that I have either influenced or created that drive me crazy almost, when I see them. Right now I'm still working on my own stability and stamina and these critics that are spying on me still have been making it hard for me to get 100% with my manhood and strength. So, it's not easy for me to shine as bright as I could be. That's why I want all of the powers in the world to be mines, instead of continuing to credit uncle Jr. for my great inventions. Please give me all of the money I can get, plus I want all of the credit for these major inventions and innovations of mine. Because no one is acknowledging it as I present or brag about it publicly yet. I would just like for it to be known who I am, from all of my creations and trend setting ideas. Because without all of this criticism and blocking me out of my manhood, I can become the most powerfulest person in America at least. So please give me my credits and the money I deserve. I don't need the fame, while I'm still in California at least, because I've already been slandered upon, criticized, harassed and exposed publicly since I've been here. Thank you