UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JONATHAN VANZANT,

Plaintiff,

v.

ARLIMON VANZANT, II,

Defendants.

Case No. 2:26-cv-0746-DAD-JDP (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE

(Doc. No. 7)

Plaintiff initiated this civil action by filing a complaint on March 6, 2026, and proceeds *pro se*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On July 17, 2026, the assigned magistrate judge issued an order requiring plaintiff to show cause in writing within fourteen (14) days of the service of the order why this action should not be dismissed due to plaintiff's failure to effect service of process within the time provided by Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. No. 6.) That order to show cause warned plaintiff that his failure to respond within the fourteen (14) days provided would result in a recommendation that this action be dismissed without prejudice. (*Id*. at 2.) Nonetheless, plaintiff did not respond to the order to show cause in any way. Accordingly, on August 27, 2026, the magistrate judge issued the pending findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to effect service of process

within the time provided by Rule 4(m) of the Federal Rules of Civil Procedure and failure to comply with court orders. (Doc. No. 7.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 3.) Plaintiff has not filed any objections or otherwise communicated with the court, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued August 27, 2026 (Doc. No. 7), are ADOPTED;
2. This action is dismissed without prejudice due to plaintiff's failure to effect service and failure to comply with court orders; and
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: **October 15, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE